UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.E.S., by *guardian ad litem*, KATRINA M. MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:21-cv-000784-NONE-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 2, 5, 6)<br><br>FOURTEEN DAY DEADLINE |

Plaintiff J.E.S., by his *guardian ad litem* Katrina M. Martinez, filed a complaint in this action on May 14, 2021, challenging a final decision of the Commissioner of Social Security denying disability benefits. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. No. 2.) On May 17, 2021, an order issued finding that plaintiff's application to proceed *in forma pauperis* did not demonstrate entitlement to proceed in this action without prepayment of fees. (Doc. No. 5.) Plaintiff was ordered to either file a long form application to proceed without prepayment of fees or pay the filing fee within twenty days. (*Id*.) Plaintiff, who is represented by counsel, did not file a long

1

form application to proceed without prepayment of fees, pay the filing fee, or otherwise respond to the May 17, 2021 order.

Accordingly, on June 22, 2021, the magistrate judge filed findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* be denied. (Doc. No. 6.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days from the date of service. (*Id.* at 3.) The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. "To satisfy the requirements of 28 U.S.C. § 1915, applicants must demonstrate that because of poverty, they cannot meet court costs and still provide themselves, and any dependents, with the necessities of life." *Soldani v. Comm'r of Soc. Sec.*, Case No. 1:19-cv-00040-JLT, 2019 WL 2160380, at *1 (E.D. Cal. Jan. 31, 2019). Many courts look to the federal poverty guidelines set by the United States Department of Health and Human Services as a guidepost in evaluating *in forma pauperis* applications. *See Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 n.5 (11th Cir. 2004); *Boulas v. United States Postal Serv.*, No. 1:18-cv-01163-LJO-BAM, 2018 WL 6615075, at *1 (E.D. Cal. Nov. 1, 2018) (applying federal poverty guidelines to *in forma pauperis* application). However, the poverty guidelines should not be considered in a vacuum; rather, courts are to consider income in the context of overall expenses and other factors, including savings and debts. *See, e.g.*, *Boulas*, 2018 WL 6615075, at *1 n.1 (denying *in forma pauperis* where income exceeded expenses); *Lintz v. Donahoe*, No. 2:14-CV-0224-JAM-DAD, 2014 WL 1338782, at *1 (E.D. Cal. Apr. 2, 2014) (recommending denial of *in forma pauperis* status where plaintiff had $3,000 in savings even though expenses exceeded income). Where the applicant's income exceeds expenses by a notable amount, it may be appropriate to deny *in forma pauperis* status. *Lopez-Ruiz v. Tripler Army Med. Ctr.'s Postdoctoral Fellowship in Clinical Psychology*, No. CV. 11-0066 JMS/BMK, 2011 WL 486952, at *1 (D. Haw. Feb. 4, 2011) (denying *in forma pauperis* status where the applicant's income was $21,600, with possibly one dependent, which was above the relevant federal poverty guideline of $16,760, and the applicant's income exceeded their monthly expenses).

Here, the findings and recommendations accurately reflect the record by indicating that Ms. Martinez has reported income of $3,200 per month (or $38,400 per year). (Doc. No. 6 at 2; *see also* Doc. No. 2 at 2.) As the findings and recommendations indicate, the 2021 Poverty Guidelines for the 48 contiguous states for a household of four is $26,500.00. *2021 Poverty Guidelines*, https://aspe.hhs.gov/poverty-guidelines (last visited July 7, 2021). Without the information that could have been provided in a long form application, the court is unable to determine the extent to which the reported income is offset by expenses or debts. As a result, based on the information before it, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations, filed June 22, 2021, (Doc. No. 6), are ADOPTED IN FULL;
2. Plaintiff's application to proceed *in forma pauperis* is DENIED;
3. The **four hundred and two dollar ($402.00) filing fee** for this action SHALL BE PAID within **fourteen (14) days** of the date of entry of this order; and
4. Failure to comply with this order will result in this action being dismissed.

IT IS SO ORDERED.

Dated: __**July 12, 2021**__       _____
                                     UNITED STATES DISTRICT JUDGE