UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.E.S., by *guardian ad litem*, KATRINA M. MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 1:21-cv-000784-NONE-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO PAY FILING FEE<br><br>(Doc. No. 7) |

　　Plaintiff J.E.S., by his *guardian ad litem* Katrina M. Martinez, filed a complaint in this action on May 14, 2021, challenging a final decision of the Commissioner of Social Security denying disability benefits. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. No. 2.) On May 17, 2021, an order issued finding that plaintiff's application to proceed *in forma pauperis* did not demonstrate entitlement to proceed in this action without prepayment of fees. (Doc. No. 5.) Plaintiff was ordered to either file a long form application to proceed without prepayment of fees or pay the filing fee within twenty days. (*Id.*) Plaintiff, who is represented by counsel, did not file a long

1 form application to proceed without prepayment of fees, pay the filing fee, or otherwise respond
2 to the May 17, 2021 order.
3       On June 22, 2021, the magistrate judge filed findings and recommendations
4 recommending that plaintiff's application to proceed *in forma pauperis* be denied.  (Doc. No. 6.)
5 The findings and recommendations were served on plaintiff and contained notice that any
6 objections thereto were to be filed within fourteen days from the date of service.  (*Id.* at 3.)  No
7 objections were filed.
8       On July 13, 2021, the findings and recommendations were adopted and plaintiff's
9 application to proceed *in forma pauperis* was denied.  (Doc No. 7.)  Plaintiff was granted
10 fourteen days to pay the filing fee in this action.  (*Id.*)  Plaintiff was also warned that if they
11 failed to comply with the order, the action would be dismissed.  (*Id.* at 3.)  Plaintiff did not pay
12 the filing fee or otherwise communicate with the court within the allotted fourteen days.
13       Accordingly,
14     1.    This action is dismissed, without prejudice, due to plaintiff's failure to obey a
15          court order, and failure to pay the filing fee; and
16     2.    The Clerk of the Court is directed to assign a district judge to this case for the
17          purpose of closing the case and then to close this case.
18
19 IT IS SO ORDERED.
20   Dated:  **August 17, 2021**

UNITED STATES DISTRICT JUDGE